UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 3:14-CR-107 |
| | ) | 3:14-CR-117 |
| | ) | |
| CHARLES TIMOTHY HENRY | ) | |

### MEMORANDUM AND ORDER

These cases are set for trial on January 7, 2015, with a plea deadline of December 19, 2014. Now before the court are the defendant's motions to extend the plea deadline and trial date. [3:14-CR-107, doc. 14; 3:14-CR-117, doc. 10]. Defense counsel asks that the plea deadline be extended to the current trial date, and that the trial date be continued as well, in order to allow the parties time to finalize a plea agreement. Counsel for the United States has advised the undersigned's law clerk that she anticipates a plea agreement being filed. Counsel for the United States expressed no opposition to the requested extension.

Having considered the parties' positions, the court finds that the ends of justice served by granting the motions outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The court further finds that the failure to grant the motions would deny the parties reasonable time necessary for effective trial preparation, should their plea negotiations unexpectedly fall through. 18 U.S.C. § 3161(h)(7)(B)(iv). The motions require a delay in the proceedings.

Therefore, all the time from the filing of the motions to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motions [3:14-CR-107, doc. 14; 3:14-CR-117, doc. 10] are **GRANTED**.  The trial of these criminal cases is **CONTINUED** from January 7, 2015, to **Wednesday, January 21, 2015, at 9:00 a.m.**  The new plea cutoff date is January 7, 2015.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge