UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CHARLES TIMOTHY HENRY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Nos. 3:14-CR-107-RLJ-CCS-1 & |
| | ) 3:14-CR-117-RLJ-CCS-1 |
| | ) 3:16-CV-300-RLJ & 3:16-CV-301-RLJ |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion filed herewith, it is **ORDERED** and **ADJUDGED** that Petitioner's § 2255 motions [Doc. 29 at No. 3:14-CR-107 and Doc. 24 at No. 3:14-CR-117], as supplemented [Doc. 31 at No. 3:14-CR-107 and Doc. 27 at No. 3:14-CR-117], be and hereby are **GRANTED**.

Accordingly, that portion of the Judgment imposed on April 30, 2015 [Doc. 25 at No. 3:14-CR-107 and Doc. 20 at No. 3:14-CR-117], which had imposed a total term of imprisonment of 180 months, consisting of 180 months as to each of Counts One and Three of the Indictment at No. 3:14-CR-107 and Counts One and Three of the Indictment at No. 3:14-CR-117, all to be served concurrently, is **VACATED**. Petitioner's sentence is corrected and reduced to a total term of imprisonment of 130 months, consisting of 120 months as to each of Count One of the Indictment at No. 3:14-CR-107 and Count Three of the Indictment at No. 3:14-CR-117, and 130 months as to each of Count Three of the Indictment at No. 3:14-CR-107 and Count One of the Indictment at No. 3:14-CR-117, all to be served concurrently. Upon consideration of the factors set forth in 18 U.S.C. § 3553(a), the Court finds that the foregoing sentence is sufficient but not greater than necessary to achieve the statutory purposes of sentencing set forth in § 3553(a)(2). This amended

sentence shall run consecutively to any revocation sentence that may be, or has been, imposed in docket number 2012-CR-32 in the Criminal Court of Meigs County, Tennessee.

The Judgment imposed on April 30, 2015 [Doc. 25 at No. 3:14-CR-107 and Doc. 20 at No. 3:14-CR-117], further is **AMENDED** to reflect a term of supervised release of four years, consisting of four years as to Count One of the Indictment at No. 3:14-CR-117 and three years as to each of Counts One and Three of the Indictment at No. 3:14-CR-107 and Count Three of the Indictment at No. 3:14-CR-117, all to be served concurrently. In all other respects, the Judgment imposed on April 30, 2015 [Doc. 25 at No. 3:14-CR-107 and Doc. 20 at No. 3:14-CR-117], shall remain in full force and effect.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ Debra C. Poplin
CLERK OF COURT